IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **HAROON A-RASHID RA,** ) | |
| ) | |
| **Plaintiff,** ) | Case No. _____ |
| ) | |
| v. ) | |
| ) | |
| **JIMMIE HALE MISSION,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF REMOVAL

**COMES NOW**, Defendant Downtown Jimmie Hale Mission,[1] ("Defendant"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and hereby removes this action filed by Plaintiff Haroon A-Rashid Ra, in the Circuit Court of Jefferson County, Alabama, to the United States District Court for the Northern District of Alabama, Southern Division. In support, Defendant shows the following:

### I. PROCEDURAL BACKGROUND

1. This case was commenced by Plaintiff on January 3, 2023, in the Circuit Court of Jefferson County, Alabama, Case No. 01-CV-2023-900013.00. The

---

[1] Defendant was incorrectly identified in the Complaint as "Jimmie Hale Mission."

documents attached as Exhibit A to this Notice constitute all of the process and pleadings served and filed in this action to date, as required by 28 U.S.C. § 1446(a).

2.     Service of process was issued to Defendant on January 3, 2023, and Defendant was served with a copy of the Summons and Complaint on or about January 6, 2023.

3.     This Notice of Removal is filed in the United States District Court for the Northern District of Alabama, Southern Division, within the district and division embracing the place where the state court case was filed as required by 28 U.S.C. 1441(a).

4.     This Notice of Removal is filed within the period of time required by 28 U.S.C. § 1446(b).

## II. GROUNDS FOR REMOVAL

### A. Plaintiff's Claims Arise Under Federal Law

5.     Pursuant to 28 U.S.C. § 1441(a), removal is proper for "any civil action brought in a State court of which the district courts of the United States have original jurisdiction." Here, this Court has original jurisdiction on the basis of federal question jurisdiction pursuant to 28 U.S.C. § 1331.

6.     Under 28 U.S.C. § 1331, United States district courts "shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Here, federal question jurisdiction exists because the

only claim that Plaintiff's Complaint asserts is a claim of race-based discrimination arising under Title VII of the Civil Rights Act, a federal statute codified at 42 U.S.C. § 2000e, *et seq*. (Ex. A.)

### B. Other Procedural Requirements Have Been Satisfied

7.  In addition to satisfying the requirements for federal question jurisdiction set forth in 28 U.S.C. § 1331, Defendant has satisfied all other procedural requirements for removal.

8.  Defendant has not previously removed this action, and there are no other Defendants in this case who must consent to removal pursuant to 28 U.S.C. § 1446(b)(2)(A).

9.  Removal at the present time will not result in any prejudice to Plaintiff as the matter is in the initial pleading stage and no discovery has occurred.

10. Promptly after the filing of this Notice, Defendant will provide written notice of the filing of this Notice of Removal to Plaintiff and file a Notice of Filing of Notice of Removal with the Clerk of the Circuit Court of Jefferson County, Alabama, as required by 28 U.S.C. § 1446(d).

### III. NON-WAIVER OF DEFENSES

11. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of rights to assert any defense or affirmative matter, whether pursuant to Federal Rule of Civil Procedure 8(c) or Federal Rule of Civil Procedure 12(b).

## IV. CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Defendant Downtown Jimmie Hale Mission respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove this action from the Circuit Court of Jefferson County, Alabama, to the United States District Court for the Northern District of Alabama.

Respectfully submitted,

*/s/ P. Thomas Dazzio, Jr.*
P. Thomas Dazzio, Jr. (asb-4313-a30p)

*/s/ Ethan Wright*
Ethan Wright (asb-0059-f21n)

ATTORNEYS FOR DEFENDANT
DOWNTOWN JIMMIE HALE MISSION

**OF COUNSEL:**
FRIEDMAN DAZZIO & ZULANAS, PC
3800 Corporate Woods Drive
Birmingham, Alabama 35242
Phone: (205) 278-7000
Fax: (205) 278-7001
tdazzio@friedman-lawyers.com
ewright@friedman-lawyers.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2023 I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all parties indicated on the electronic filing receipt. Parties may access this filing through the court's electronic filing system.

Haroon A-Rashid Ra, Pro Se
1436 East Lake Rd.
Tarrant, AL 35217

                                        */s/ P. Thomas Dazzio, Jr.*
                                        OF COUNSEL