UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HAROON A-RASHID RA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:23-cv-134-GMB |
| JIMMIE HALE MISSION, | ) ) ) |
| Defendants. | ) |

## **FINAL ORDER**

Consistent with the Memorandum Opinion and Order entered on this date, there is no genuine issue of material fact and Defendant Jimmie Hale Mission is entitled to judgment as a matter of law. It is therefore ORDERED that Defendant's Motion for Summary Judgment (Doc. 17) is GRANTED and that final judgment is entered in favor of Defendant Jimmie Hale Mission and against Plaintiff Haroon A-Rashid Ra. All claims in this case are DISMISSED with prejudice. Costs are taxed against Plaintiff.

DONE and ORDERED on February 29, 2024.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE